UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NORMAN A. ELLIS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:05-cv-903-SEB-VSS |
| ) | |
| CHRISTOPHER J. SMITH, et al., ) | |
| ) | |
| Defendants. ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 01/13/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Shatrese M. Flowers
OFFICE OF CORPORATION COUNSEL
sflowers@indygov.org

Michele Elizabeth Lofthouse
DELANEY & DELANEY LLC
michele@delaneylaw.net

Norman A. Ellis
3201 Voigt Drive
Indianapolis, IN 46224